Nicole E. Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Michael Tomada

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL TOMADA<br><br>　　　　　　　Defendant. | No.: **CR14-0285 JST**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER AUTHORIZING BAIL**<br>**MODIFICATION**<br><br>Date:　　October 10, 2014<br>Time:　　9:30 a.m.<br>Court:　Honorable Jon S. Tigar |

1. On June 5, 2014, a detention hearing was held and the Court ordered Mr. Tomada released with certain conditions, including a restriction on his travel outside of the Northern District. Currently, Mr. Tomada is allowed to travel to the Eastern District for work purposes.

2. Mr. Tomada has been abiding by the terms of his pretrial release conditions and now seeks a minor modification of those conditions.

3. Mr. Tomada seeks to modify his pretrial release conditions to allow him to travel to the Eastern District for medical purposes. Mr. Tomada makes this request because his doctor is located at the Kaiser Medical Center in Vallejo.

4. In sum, Mr. Tomada respectfully requests that his conditions of pretrial release be modified to allow him to travel to the Eastern District for medical appointments.

5.  Neither the government nor pretrial services objects to the request that Mr. Tomada's conditions of pretrial release be modified to allow him to travel to the Eastern District for medical appointments.

**It is so stipulated.**

_____August 18, 2014__
Dated

_____/s/_____
Kevin Barry
Assistant United States Attorney

_____August 18, 2014__
Dated

_____/s/_____
Nicole Giacinti
Counsel for Michael Tomada

**It is so ordered.**

_8/22/14_____
Dated

_____
The Honorable Kandis Westmore,
United States Magistrate Judge