PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
MICHAEL TOMADA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-14-0285 JST |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE |
| vs. | ) |
| JEREMY DONAGAL, et al., | ) |
| Defendants. | ) |

The United States of America, by its attorneys, Melinda Haag, United States Attorney ("USA"), and Assistant United States Attorney ("AUSA") KEVIN BARRY, and defendants MICHAEL TOMADA and CHRISTOPHER NEELY, by their respective counsel, attorneys Peter Goodman and Brian Berson, hereby submit this Stipulation and [Proposed] Order requesting that the April 10, 2015, date currently set for the defendants to appear before this Court for a Status Conference be vacated and their cases be continued to May 22, 2015, for a further Status Conference.

The parties hereby stipulate and agree to the following:

1. On May 22, 2014, an eleven count indictment was returned in this matter. Seven defendants, including defendants TOMADA and NEELY, were charged with conspiring to possess and possessing with the intent to distribute alprazolam and other

controlled substances in violation of 21 U.S.C. §§846 and 841(a)(1).

2.     On May 30, 2014, Nicole Giacinti was appointed to represent defendant TOMADA.

3.     On January 14, 2015, Ms. Giacinti filed an *Ex Parte Request to Withdraw As Counsel* as the result of a conflict of interest created by her acceptance of a position at the Judicial Counsel of California.  On January 15, 2015, her request to withdraw was granted.

4.     On February 6, 2015, Peter Goodman was appointed to represent defendant TOMADA.   Given the volume of discovery and his late entry into the case, Mr. Goodman requested that the matter be continued to April 10, 2015, for a further status conference.   That request was granted.

5.     After his appointment, Mr. Goodman received approximately 500 pages of DEA 6 reports from Mrs. Giacinti and two compact disks containing more than 800 telephone calls and texts intercepted during the course of a Title III wiretap obtained by the government on April 8, 2014.   Included with those disks were approximately 500 transcripts of the intercepted calls and texts.  Mr. Goodman has been reviewing these materials but has not completed that review and needs additional time to do so.

6.     Mr. Goodman has also requested additional discovery from AUSA Barry and has provided him with a 1 TB hard drive for the requested materials.  Mr. Goodman expects to receive that hard drive by the end of this week.

7.     Mr. Goodman is informed and believes that his co-counsel, Brian Berson, also anticipates receiving additional discovery from AUSA Barry this week. Given the amount of discovery not yet reviewed by defense counsel, Mr. Goodman and Mr. Berson are jointly requesting that the current date for a status conference in this matter of April 10, 2015, be vacated and the matter be continued to May 22, 2015, at 9:30 a.m. before this Court for a further status conference.  AUSA Barry has been informed by defense counsel of their request for a continuance and has indicated that he does not oppose that request.

8. The parties hereby stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from April 10, 2015, through May 22, 2015, in the interests of justice and to ensure the effective assistance of counsel for defendants TOMADA and NEELY.

SO STIPULATED

DATED:   April 8, 2015

MELINDA HAAG
United States Attorney

By:   _____/s/_____
KEVIN BARRY
Assistant United States Attorney

SO STIPULATED

DATED:   April 8, 2015

_____/s/_____
PETER GOODMAN
Attorney for Defendant
MICHAEL TOMADA

SO STIPULATED

DATED:   April 8, 2015

_____/s/_____
BRIAN BERSON
Attorney for Defendant
CHRISTOPHER NEELY

///
///
///
///
///

ORDER VACATING STATUS CONFERENCE DATE AND
SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

Based on the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the April 10, 2015, date currently set for defendants

TOMADA and NEELY to appear before this Court for a Status Conference is vacated

and the matter is continued to May 22, 2015, at 9:15 a.m. for a further Status

Conference.

IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial

Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) from April 10, 2015, through

May 22, 2015, in the interests of justice and to ensure effective assistance of counsel.

The Court finds that the ends of justice served by granting the continuance outweigh

the best interests of the public and the defendant in a speedy trial.

DATED: April 9, 2015



_____
JONS.                                              IT IS SO ORDERED
UNITED                                                          URT JUDGE