PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
MICHAEL TOMADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JEREMY DONAGAL, et al., <br> Defendants. | CR-14-0285 JST <br><br> STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE |

The United States of America, by its attorneys, Melinda Haag, United States Attorney ("USA"), and Assistant United States Attorney ("AUSA") KEVIN BARRY, and defendants MICHAEL TOMADA and CHRISTOPHER NEELY, by their respective counsel, attorneys Peter Goodman and Brian Berson, hereby submit this Stipulation and [Proposed] Order requesting that the August 21, 2015, date currently set for the defendants to appear before this Court for a Status Conference be vacated and their cases be continued to October 2, 2015, for a further Status Conference.

The parties hereby stipulate and agree to the following:

1. On May 22, 2014, an eleven count indictment was returned in this matter against seven defendants, including defendants TOMADA and NEELY. The indictment charged the defendants with conspiring to possess and possessing with the intent to

-1-

distribute alprazolam and other controlled substances in violation of 21 U.S.C. §§846 and 841(a)(1).

2. On May 30, 2014, Nicole Giacinti was appointed to represent defendant TOMADA. On January 14, 2015, Ms. Giacinti filed an *Ex Parte Request to Withdraw As Counsel* as the result of a conflict of interest created by her acceptance of a position at the Judicial Counsel of California. On January 15, 2015, her request to withdraw was granted.

3. On February 6, 2015, Peter Goodman was appointed to represent defendant TOMADA. Given the volume of discovery and his late entry into the case, Mr. Goodman has joined in three previous stipulations between the parties to continue the status conferences in this case. Mr Goodman has joined in those stipulations to afford him sufficient time to review the voluminous discovery in this case consisting of over 800 intercepted telephone calls, texts and e-mails, 500 transcripts of those calls, texts and e-mails, 70 video recordings and hundreds of surveillance photos. He also needs to examine the content of the three computers, the Western Digital hard drive, the four cell phones and the thumb drives seized from Mr. Tomada's home pursuant to the execution of a search warrant for federal authorities on May 28, 2014. Despite diligent efforts in that regard since this matter was last continued on June 26, 2015, Mr. Goodman has not yet been able to complete that review.

4. Last month, Mr. Berson made a formal request that the U.S. Attorney's office consider a referral to PTS for an evaluation of defendant NEELY's suitability for a diversion disposition. The U.S. Attorney's office has not finished considering this request. In addition, the U.S. Attorney's office is still trying to locate some discovery that Mr. Berson requested on behalf of defendant NEELY.

5. Given the amount of discovery not yet reviewed by counsel for defendant TOMADA or not yet provided to counsel for defendant NEELY and the pending diversion request of defendant NEELY, Mr. Goodman and Mr. Berson are jointly requesting that the current date for a status conference in this matter of August 21, 2015, be vacated

and the matter be continued to October 2, 2015, at 9:30 a.m. before this Court for a further status conference. AUSA Barry has been informed by defense counsel of their request for a continuance and has indicated that he does not oppose that request.

6. The parties hereby stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from August 21, 2015, through October 2, 2015, in the interests of justice and to ensure the effective assistance of counsel for defendants TOMADA and NEELY.

SO STIPULATED

DATED: August 18, 2015

    MELINDA HAAG
    United States Attorney

By:   /s/
    KEVIN BARRY
    Assistant United States Attorney

SO STIPULATED

DATED: August 18, 2015

    /s/
    PETER GOODMAN
    Attorney for Defendant
    MICHAEL TOMADA

SO STIPULATED

DATED: August 18, 2015

    /s/
    BRIAN BERSON
    Attorney for Defendant
    CHRISTOPHER NEELY

ORDER VACATING STATUS CONFERENCE DATE AND
SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the August 21, 2015, date currently set for defendants TOMADA and NEELY to appear before this Court for a Status Conference is vacated and the matter is continued to October 2, 2015, at 9:30 a.m. for a further Status Conference.

IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) from August 21, 2015, through October 2, 2015, in the interests of justice and to ensure effective assistance of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 19, 2015



_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE