UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*AMENDED CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 9 minutes |
| Date: | November 6, 2015 | | |
| Case No. | **4:14-cr-00285-JST-7** | | |

**United States of America**　　v.　　**Michael Tomada**

　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　☑ Present
　　　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　　　☐ In Custody

Kevin Barry　　　　　　　　　　　　　　　Peter Goodman
U.S. Attorney　　　　　　　　　　　　　　Defense Counsel

Deputy Clerk:  William Noble　　　　　　　Reporter:  Raynee Mercado

*PROCEEDINGS*

REASON FOR HEARING:　　Status conference

RESULT OF HEARING:

1. Government has provided additional discovery including copies of text messages.  A CD with phone calls will be provided to the defendant.  Defendant is waiting on certain county records to be produced.
2. Government stipulated to the Court signing any reasonable travel request made by the Defendant.
3. The Court set the following deadlines:
    a. Further status conference and motion setting:  December 18, 2015 at 9:30 a.m. in Oakland.
    b. Pretrial conference:  July 29, 2016 at 2:00 p.m. in San Francisco.
    c. Jury Trial:  August 8, 2016 at 8:30 a.m. in San Francisco.  The Court will reserve eight days for the trial.
4. Time is excluded through December 18, 2015 for effective preparation of counsel.  The Government shall prepare a proposed order

1