PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266
E-Mail:      goodmanlawoffice@att.net

Attorney for Defendant
MICHAEL TOMADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JEREMY DONAGAL, et al.,<br><br>  Defendants.<br>_____ | CR-14-0285 JST<br><br>ORDER PERMITTING DEFENDANT MICHAEL TOMADA TO TRAVEL TO SOUTHERN CALIFORNIA |

GOOD CAUSE APPEARING THEREFOR from the Declaration of Peter Goodman in support of his application to permit defendant TOMADA to travel to Southern California, IT IS HEREBY ORDERED that defendant TOMADA be permitted to travel to Southern California the morning of November 17, 2015, and remain there until his return to the Bay Area the evening of November 18, 2015.  Within 24 hours of his return to the Bay Area, defendant TOMADA shall contact Federal Pretrial Services in Oakland, California, and notify that office of his return to the Northern District of California.

DATED:  November 13, 2015

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

-1-