1 PETER GOODMAN
  Attorney at Law
2 State Bar No. 65975
  400 Montgomery Street, Second Floor
3 San Francisco, California 94104
  Telephone: (4l5) 781-8866
4 Facsimile: (415) 781-2266
  E-Mail: goodmanlawoffice@att.net
5
  Attorney for Defendant
6 MICHAEL TOMADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY DONAGAL, et al.,<br><br>    Defendants.<br>_____ | CR-14-0285 JST<br><br>STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE |

    The United States of America, by its attorneys, Brian Stretch, Acting United States Attorney, and Assistant United States Attorney ("AUSA") Kevin Barry, and defendant MICHAEL TOMADA, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the December 18, 2015, date that is currently set for the defendant to appear before this Court for a Status Conference be vacated and his case be continued to February 19, 2016, for a further Status Conference.

    The parties hereby stipulate and agree to the following:

    1.    On May 22, 2014, an eleven count indictment was returned in this matter against seven defendants, including defendant TOMADA. Counts I and III respectively charge the defendant with conspiring to possess and possessing with the intent to

1 | distribute alprazolam and other controlled substances in violation of 21 U.S.C. §§846 and 841(a)(1).

2. This matter was last before the Court on November 6, 2015. At that time, defense counsel stated his intention to seek the defendant's medical records and the court records related to the defendant's prior convictions. Defense counsel believes those records are necessary to provide AUSA Barry with a complete picture of the defendant in order to arrive at an appropriate disposition of the case. While defense counsel has obtained some of the defendant's medical records, the majority of the relevant records relate to medical treatment the defendant received for injuries in a motorcycle accident that occurred in 1996 and defense counsel has not yet been able to obtain those records. The same is true of the court records related to the defendant's criminal history which date back to 1972.

3. Defense counsel also has a conflict in his schedule which will prevent him from appearing for the Status Conference tomorrow morning. Defense counsel is scheduled to appear before Magistrate/Judge Kim in San Francisco at 9:30 a.m. for the detention hearing of defendant Elizabeth Reyna-Rodriguez, one of eighteen defendants charged in *United States v. Ceron, et al.,* CR-15-0579 EMC, an indictment which was returned December 15, 2015.

4. Defense counsel contacted AUSA Barry and explained his need for additional time to secure records and his scheduling conflict. AUSA Barry is agreeable to continuing the status conference to Friday, February 19, 2016, at 2:00 p.m., by which time defense counsel believes he will have obtained all of the needed records.

5. The parties are jointly requesting that the current date for the Status Conference in this matter of December 18, 2015, be vacated and a further Status Conference be scheduled for February 19, 2016, at 2:00 p.m. before this Court.

6. The parties further stipulate and agree that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from December 18, 2015, through February 19, 2016, in the interests of justice and to ensure the

effective assistance of counsel for defendant TOMADA.

SO STIPULATED

DATED:   December 17, 2015

> BRIAN STRETCH
> United States Attorney
>
> By: _____/s/_____
> KEVIN BARRY
> Assistant United States Attorney

SO STIPULATED

DATED:   December 17, 2015

> _____/s/_____
> PETER GOODMAN
> Attorney for Defendant
> MICHAEL TOMADA

## ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the December 18, 2015, date currently set for defendant TOMADA to appear before this Court for a Status Conference is vacated and the matter is continued to February 19, 2016, at 2:00 p.m. for a further Status Conference.

IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) from December 18, 2015, through February 19, 2016, in the interests of justice and to ensure effective assistance of counsel.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 17, 2015

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE