# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 3 minutes |
| Date: | March 25, 2016 | | |
| Case No. | **4:14-cr-00285-JST-7** | | |

**United States of America**  v.  **Michael Tomada**

        Defendant
☑ Present
☐ Not Present
☐ In Custody

**Kevin Barry**  
U.S. Attorney

**Peter Goodman**  
Defense Counsel

Deputy Clerk:  William Noble              Reporter:  Lydia Zinn

## *PROCEEDINGS*

Status conference.

## *RESULT OF HEARING*

1. Parties are continuing to work toward resolution of this matter.  The Government has provided additional telephone records to the Defendant.  The Defendant is obtaining additional criminal history and mitigation records.

2. Change of plea set for June 10, 2016 at 9:30 a.m. in Oakland.

1