PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266
E-Mail:   goodmanlawoffice@att.net

Attorney for Defendant
MICHAEL TOMADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEREMY DONAGAL, et al.,<br><br>　　　　Defendants.<br>_____ | CR-14-0285 JST<br><br>STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE |

　　　　The United States of America, by its attorneys, Brian Stretch, Acting United States Attorney, and Assistant United States Attorney ("AUSA") Kevin Barry, and defendant MICHAEL TOMADA, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the June 10, 2016, date currently set for the defendant to appear before this Court for a Status Conference be vacated and that the case be continued to July 1, 2016, at 9:30 a.m. in Oakland for a further Status Conference.

　　　　The parties hereby stipulate and agree to the following:

　　　　1.　　On May 22, 2014, an eleven count indictment was returned in this matter against seven defendants, including defendant TOMADA.  Counts I and III respectively charge the defendant with conspiring to possess and possessing with the intent to

distribute alprazolam and other controlled substances in violation of 21 U.S.C. §§846 and 841(a)(1).

2. Counsel for defendant TOMADA has been subpoenaed to testify at an evidentiary hearing on June 10, 2016, at 9:30 a.m. in the matter of *United States v. Cervantes,* CR-12-0792 YGR. Counsel is also representing a government witness who is expected to testify at the same hearing. Because the Status Conference in this matter is scheduled for the same date and time, the parties are requesting that the Status Conference be continued to July 1, 2016, at 9:30 a.m before this Court.

3. The parties further stipulate and agree that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from June 10, 2016, to July 1, 2016, to assure the continuity of defense counsel and that the exclusion of time agreed to herein is in the interests of justice and will serve to ensure effective assistance of counsel for defendant TOMADA.

SO STIPULATED

DATED: June 8, 2016

                                        BRIAN STRETCH
                                        United States Attorney

                 By:        /s/
                                        KEVIN BARRY
                                        Assistant United States Attorney

SO STIPULATED

DATED: June 8, 2016

                                        /s/
                                      PETER GOODMAN
                                      Attorney for Defendant
                                      MICHAEL TOMADA

///

///

///

ORDER VACATING STATUS CONFERENCE DATE AND
SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the June 10, 2016, date currently set for defendant TOMADA to appear before this Court for a Status Conference is vacated and the matter is continued to July 1, 2016, at 9:30 a.m. for a further Status Conference. IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from June 10, 2016, through July 1, 2016, in the interests of justice to ensure the continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 8, 2016

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE