1  PETER GOODMAN
   Attorney at Law
2  State Bar No. 65975
   400 Montgomery Street, Second Floor
3  San Francisco, California  94104
   Telephone: (4l5) 781-8866
4  Facsimile:   (415) 781-2266
   E-Mail:      goodmanlawoffice@att.net
5
   Attorney for Defendant
6  MICHAEL TOMADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEREMY DONAGAL, et al.,<br><br>　　　　Defendants.<br>_____ | CR-14-0285 JST<br><br>STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DATE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE |

　　　　The United States of America, by its attorneys, Brian Stretch, Acting United States Attorney, and Assistant United States Attorney ("AUSA") Kevin Barry, and defendant MICHAEL TOMADA, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the July 1, 2016, date currently set for the defendant to appear before this Court for a Status Conference be vacated and that the case be continued to July 15, 2016, at 9:30 a.m. in Oakland for a further Status Conference.

　　　　The parties hereby stipulate and agree to the following:

　　　　1.　　On May 22, 2014, an eleven count indictment was returned in this matter against seven defendants, including defendant TOMADA.  Counts I and III respectively charge the defendant with conspiring to possess and possessing with the intent to

distribute alprazolam and other controlled substances in violation of 21 U.S.C. §§846 and 841(a)(1).

2. AUSA Barry is currently in trial and will not be available on the date currently set for the Status Conference. Additionally, counsel for defendant TOMADA is going on vacation the week of July 4, 2016, and will not return to work until the week of July 11, 2016. The parties have been endeavoring to finalize the terms of a Plea Agreement but owing to the unavailability of counsel, will not be able to present a final agreement to the Court on July 1, 2016, as they anticipated. For these reasons, the parties request that the Status Conference in this matter be continued to July 15, 2016, at 9:30 a.m before this Court.

3. The parties further stipulate and agree that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from July 1, 2016, to July 15, 2016, to assure continuity the continuity of counsel. The parties further stipulate and agree the exclusion of time agreed to herein is in the interests of justice and will serve to ensure effective assistance of counsel for defendant TOMADA.

SO STIPULATED

DATED: June 29, 2016

                        BRIAN STRETCH
                        United States Attorney

          By:     /s/
                 KEVIN BARRY
                 Assistant United States Attorney

SO STIPULATED

DATED: June 29, 2016

                        /s/
                      PETER GOODMAN
                      Attorney for Defendant
                      MICHAEL TOMADA

///

1  ///
2  ///
3  ///

ORDER VACATING STATUS CONFERENCE DATE AND
SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the July 1, 2016, date currently set for defendant TOMADA to appear before this Court for a Status Conference is vacated and the matter is continued to July 15, 2016, at 9:30 a.m. for a further Status Conference. IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from July 1, 2016, to July 15, 2016, in the interests of justice to ensure the continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 30, 2016



_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE