PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
MICHAEL TOMADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-14-0285 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR CHANGE OF PLEA HEARING AND SETTING NEW DATE FOR HEARING** |
| vs. | |
| JEREMY DONAGAL, et al., | |
| Defendants. | |

The United States of America, by its attorneys, Brian Stretch, United States Attorney, and Assistant United States Attorney ("AUSA") Kevin Barry, and defendant MICHAEL TOMADA, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the August 26, 2016, date currently set for the defendant to enter a new plea in this matter be continued and that the change of plea hearing be reset for September 9, 2016, at 9:30 a.m. The parties hereby stipulate and agree to the following:

1. At the last calling of this case, the parties requested that the Probation Department prepare a Pre-Plea Report calculating defendant TOMADA's Criminal History Category ("CHC"). On August 19, 2016, USPO Jessica Goldsberry disclosed a Modified Presentence Investigation Report finding that defendant TOMADA had six

-1-

criminal history points which placed him in CHC III.

2. With the information provided by USPO Goldsberry, the parties are attempting to finalize the terms of the Plea Agreement in this matter but it may need to be submitted and approved by AUSA Barry's Supervisor. The parties are therefore requesting that the change of plea hearing be continued for two weeks to accomplish that result.

3. The parties further stipulate and agree that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from August 26, 2016, to September 9, 2016, to ensure the parties have adequate time to prepare. The parties further stipulate and agree that the exclusion of time agreed to herein is in the interests of justice and will serve to ensure effective assistance of counsel for defendant TOMADA.

SO STIPULATED

DATED: August 25, 2016

        BRIAN STRETCH
        United States Attorney

By:    /s/
     KEVIN BARRY
     Assistant United States Attorney

SO STIPULATED

DATED: August 25, 2016

   /s/
PETER GOODMAN
Attorney for Defendant
MICHAEL TOMADA

///

///

///

**ORDER VACATING DATE FOR CHANGE OF PLEA
HEARING AND SETTING NEW DATE FOR HEARING**

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the August 26, 2016, date currently set for a change of plea hearing in this matter be vacated and the matter be continued to September 9, 2016, at 9:30 a.m. for defendant TOMADA to change his plea. IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) from August 26, 2016, to September 9, 2016, in the interests of justice to ensure the parties have adequate time to finalize the terms of the disposition in this matter. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 25, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*